# EXHIBIT 1

CONFIDENTIAL
# POOK SNOOK DOOK LIMITED PARTNERSHIP
AN ARIZONA ASSET MANAGEMENT LIMITED PARTNERSHIP

## BILL OF TRANSFER

Grantor(s): Monette Stephens

As a transfer into a partnership, with no change of beneficial ownership, I(We), the undersigned Grantor(s) do hereby grant, convey and give to the POOK SNOOK DOOK LIMITED PARTNERSHIP the personal property owned (either together or as their sole and separate property) by the Grantor(s) as listed below:

- $200 k Membership Interest in Rainforest Capital, LLC
- Cantamount Ventures LP Interest
- Fidelity CAP IV LP Interest
- Fidelity CAP V LP Interest (AKA Reliant Group)
- Fidelity CAP VI LP Interest (AKA Reliant Group)

Executed at: San Francisco, CA   Date Executed: 9/4/2010

_____, Grantor(s)
Accepted and approved:

STATE OF CALIFORNIA
COUNTY OF SAN FRANCISCO

On this 4 day of Sept, 2010 before me, the undersigned Notary Public, personally appeared Monette Stephens, to me known to be the individual described in and who executed the foregoing instrument, and acknowledged that he (she) executed the same as his (her) free act and deed.

MICHAEL YOUNG
Commission # 1716407
Notary Public - California
San Francisco County
My Comm. Expires Jan 15, 2011

Notary Public

**LODMELL & LODMELL, P.C.**
©2010 LODMELL & LODMELL, P.C. | POOK SNOOK DOOK LIMITED PARTNERSHIP FORMS

WEIL 0195