# Exhibit 2

## BILL OF TRANSFER

Grantor(s): *Monette Stephens*

As a transfer into a partnership, with no change, of beneficial ownership, I(We), the undersigned Grantor(s) do hereby grant, convey and give to the **POOK SNOOK DOOK LIMITED PARTNERSHIP** the personal property owned (either together or as their sole and separate property) by the Grantor(s) as listed below:

*Promissory Note Payable in One Installment from Rainforest Capital*

Executed at: *Santa Barbara, CA* Date Executed: *6/24/2010*

_____    *Monette Stephens*    , Grantor(s)
Accepted and approved:

STATE OF *California*

COUNTY OF *Santa Barbara*

On this *24* day of *June*, *2010*, before me, the undersigned Notary Public, personally appeared *Monette Stephens*, to me known to be the individual described in and who executed the foregoing instrument, and acknowledged that he (she) executed the same as his (her) free act and deed.

THOMAS DEAN DEMOURKAS
Commission # 1825989
Notary Public - California
Santa Barbara County
My Comm. Expires Jan 2, 2013

_____
Notary Public

## LODMELL & LODMELL, P.C.

© 2010 LODMELL & LODMELL, P.C. | POOK SNOOK DOOK LIMITED PARTNERSHIP FORMS

# CONFIDENTIAL

## ASSIGNMENT

| Effective Date | County and State where Located |
|---|---|
| June 24, 2010 | San Francisco, CA |

| Assignor (Name, Address, Zip Code) | Assignee (Name, Address, Zip Code) |
|---|---|
| Monette Stephens | Pook, Snook Dook Limited Partnership |
| 853 Ashbury St, SF CA 94117 | 853 Ashbury St. SF CA 94117 |

Property Assigned (Address or Location)

Promissory Note Payable in One Installment
from Rainforest Capital.

Property Assigned (Description)

Promissory Note for $564,877    #1,000 —

For valuable consideration, receipt of which is acknowledged, assignor assigns all right, title and interest in the Property Assigned to the Assignee.

_____
Assignor
Monette Stephens

_____
Assignee General Partner
Pook, Snook, Dook Limited
Partnership

STATE OF CALIFORNIA

COUNTY OF Santa Barbara

On 24 June 2010 before me, Thomas Dean Demourkas, Notary Public
Date                                    Print Name and Title of the Officer/Notary Public

personally appeared Monette Stephens who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

[Notary Seal]
THOMAS DEAN DEMOURKAS
Commission # 1826959
Notary Public - California
Santa Barbara County
My Comm. Expires Jan 2, 2013

_____
Signature of Notary Public
My commission expires: 01/02/2013

## LODMELL & LODMELL, P.C.

© 2010 LODMELL & LODMELL, P.C. | POOK SNOOK DOOK LIMITED PARTNERSHIP FORMS