MacCONAGHY & BARNIER, PLC
JOHN H. MacCONAGHY, SBN 83684
JEAN BARNIER, SBN 231683
MONIQUE JEWETT-BREWSTER, SBN 217792
645 First St. West, Suite D
Sonoma, California 95476
Telephone: (707) 935-3205
Email: Jbarnier@macbarlaw.com

Attorneys for Plaintiff,
JANINA M. HOSKINS, TRUSTEE IN BANKRUPTCY

# UNITED STATES BANKRUPTCY COURT

## NORTHER DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>CARL ALEXANDER WESCOTT AND MONETTE ROSEMARIE STEPHENS,<br><br>Debtors.<br><br>JANINA M. HOSKINS, Trustee in Bankruptcy of the Estate of CARL ALEXANDER WESCOTT AND MONETTE ROSEMARIE STEPHENS,<br><br>Plaintiff,<br><br>v.<br><br>POOK SNOOK DOOK LIMITED PARTNERSHIP, a purported limited partnership; CARL A. WESCOTT and MONETTE R. STEPHENS, as Trustees of the WESCOTT-STEPHENS FAMILY TRUST aka POOK SNOOK DOOK TRUST; LODMELL & LODMELL, P.C., a Professional corporation,<br><br>Defendants. | Case No.: 12-30143 DM<br><br>(Chapter 7)<br><br>AP No. 12-03086<br><br>**APPLICATION FOR ORDER AUTHORIZING DEFERMENT OF ADVERSARY PROCEEDING FILING FEE** |

To: THE HONORABLE DENNIS MONTALI, UNITED STATES BANKRUPTCY JUDGE:

The application of Janina M. Hoskins, Trustee in Bankruptcy of the above-referenced bankruptcy estate, and Plaintiff herein, respectfully represents:

In the course of administering this bankruptcy estate, it was necessary for the Trustee to file this adversary proceeding.

Applicant does not currently have in the estate funds sufficient to pay the adversary proceeding filing fee. Pursuant to 28 USC § 2930(6), applicant requests that the Court defer the adversary proceeding filing fee.

WHEREFORE, applicant prays for entry of an order authorizing deferment of the adversary proceeding filing fee in the above-referenced action, and for such other and further relief as the Court deems proper.

Dated: May 18, 2012          MACCONAGHY & BARNIER, PLC

                                                             /s/ Jean Barnier
                                          Jean Barnier
                                          *Attorneys for Plaintiff,* JANINA M. HOSKINS, TRUSTEE IN BANKRUPTCY