Signed and Filed: May 22, 2012

_____
**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

MacCONAGHY & BARNIER, PLC
JOHN H. MacCONAGHY, SBN 83684
JEAN BARNIER, SBN 231683
MONIQUE JEWETT-BREWSTER, SBN 217792
645 First St. West, Suite D
Sonoma, California 95476
Telephone: (707) 935-3205
Email: Jbarnier@macbarlaw.com

Attorneys for Plaintiff,
JANINA M. HOSKINS, TRUSTEE IN BANKRUPTCY

# UNITED STATES BANKRUPTCY COURT

## NORTHER DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>CARL ALEXANDER WESCOTT AND MONETTE ROSEMARIE STEPHENS,<br><br>Debtors.<br><br>JANINA M. HOSKINS, Trustee in Bankruptcy of the Estate of CARL ALEXANDER WESCOTT AND MONETTE ROSEMARIE STEPHENS,<br><br>Plaintiff,<br><br>v.<br><br>POOK SNOOK DOOK LIMITED PARTNERSHIP, a purported limited partnership; CARL A. WESCOTT and MONETTE R. STEPHENS, as Trustees of the WESCOTT-STEPHENS FAMILY TRUST aka POOK SNOOK DOOK TRUST; LODMELL & LODMELL, P.C., a Professional corporation,<br><br>Defendants. | Case No.: 12-30143 DM<br><br>(Chapter 7)<br><br>AP No. 12-03086<br><br>**ORDER AUTHORIZING DEFERMENT OF ADVERSARY PROCEEDING FILING FEE** |

1  The application of Janina M. Hoskins, Trustee of the above debtor estate, praying for an Order
2  Authorizing Deferment of Adversary Proceeding Filing Fee, and good cause appearing, therefore,
3      IT IS HEREBY ORDERED that the adversary proceeding filing fee be deferred as to the
4  Chapter 7 Trustee in the above-referenced matter.

** END OF ORDER **