# Notice Recipients

District/Off: 0971–3   User: nwhite   Date Created: 5/22/2012
Case: 12–03086   Form ID: SUM   Total: 2

**Recipients of Notice of Electronic Filing:**
pla     Janina M. Hoskins     jmelder7@aol.com
aty     Jean Barnier     jbarnier@macbarlaw.com

TOTAL: 2