# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0971–3 | User: nwhite | Date Created: 5/22/2012 |
| Case: 12–03086 | Form ID: pdfeoapc | Total: 7 |

**Recipients of Notice of Electronic Filing:**
pla      Janina M. Hoskins      jmelder7@aol.com
aty      Jean Barnier      jbarnier@macbarlaw.com

                                                                                                                                                                TOTAL: 2

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
dft      Pook Snook Dook Limited Partnership      853 Ashbury St.      San Francisco, CA 94117
dft      Lodmell &Lodmell, P.C.      1631 E. Cheery Lynn      Phoenix, AZ 85016
dft      Carl A. Wescott      853 Ashbury Street      San Francisco, CA 94117
dft      Monette R. Stephens      853 Ashbury Street      San Francisco, CA 94117
ust      Office of the U.S. Trustee / SF      Office of the U.S. Trustee      235 Pine St      Suite 700      San Francisco, CA 94104

                                                                                                                                                                TOTAL: 5