Form SUM

# UNITED STATES BANKRUPTCY COURT
## Northern District of California

| | |
|---|---|
| In Re:<br>Carl Alexander Wescott and Monette Rosemarie Stephens<br>Debtor(s)<br>Janina M. Hoskins Plaintiff(s)<br>vs.<br>Pook Snook Dook Limited Partnership Defendant(s)<br>(See attachment for additional defendant(s)) | Bankruptcy Case No.: 12–30143<br>Chapter: 7<br><br><br><br>Adversary Proceeding No. 12–03086 |

## SUMMONS AND NOTICE OF STATUS CONFERENCE
## IN AN ADVERSARY PROCEEDING

YOU ARE SUMMONED and required to file a motion or answer to the complaint which is attached to this summons to the clerk of the bankruptcy court within 30 days after the date of issuance of this summons, except that the United States and its offices and agencies shall file a motion or answer to the complaint within 35 days.

> United States Bankruptcy Court
> 235 Pine Street, 19th floor (94104)
> Post Office Box 7341
> San Francisco, CA 94120

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

> Jean Barnier
> MacConaghy and Barnier
> 645 1st St. W #D
> Sonoma, CA 95476

If you make a motion, your time to answer is governed by Bankruptcy Rule 7012.

YOU ARE NOTIFIED that a scheduling conference of proceeding commenced by filing of the complaint will be held at the following time and place.

| **DATE:** July 27, 2012 | **TIME:** 01:30 PM |
|---|---|
| **LOCATION:** U.S. Bankruptcy Court, 235 Pine St. 22nd Fl., San Francisco, CA 94104 | |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT. PLAINTIFF SHALL PROMPTLY SERVE A COPY OF THE BANKRUPTCY DISPUTE RESOLUTION PROGRAM INFORMATION SHEET ON ALL PARTIES. A COPY OF THE INFORMATION SHEET IS AVAILABLE ON THE COURT'S WEBSITE AT WWW.CANB.USCOURTS.GOV AND THE CLERK'S OFFICE.**



For the Court:

Gloria L. Franklin
Clerk of Court
United States Bankruptcy Court

Dated: 5/22/12

Nicole C White
Deputy Clerk

# DECLARATION OF SERVICE BY MAIL

I am a citizen of the United States, over the age of 18 years and not a party to the within action. My business address is 645 First St. West, Suite D, Sonoma, California 95476.

I served true and correct copies of the following:

**SUMMONS AND NOTICE OF STATUS CONFERENCE IN AN ADVERSARY PROCEEDING;**

**ORDER RE INITIAL DISCLOSURES AND DISCOVERY CONFERENCE;**

**BDRP INFORMATION SHEET; and**

**COMPLAINT FOR TO SELL REAL PROPERTY FREE AND CLEAR OF CO-OWNER'S INTEREST,**

by placing said copies in the United States Mail at Sonoma, California on the date shown below, and in a sealed envelope(s) with first-class postage prepaid, addressed to the person(s) below.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed at Sonoma, California on May 23, 2012

                                             */s/ Kate Muller*
                                             Kate Muller

| | |
|---|---|
| Pook Snook Dook Limited Partnership<br>853 Ashbury St.<br>San Francisco, CA 94117 | Carl A. Wescott, as Trustee of the<br>Wescott-Stephens Family Trust aka<br>the Pook Snook Dook Trust<br>853 Ashbury St.<br>San Francisco, CA 94117 |
| Monette R. Stephens, as Trustee of the<br>Wescott-Stephens Family Trust aka<br>the Pook Snook Dook Trust<br>853 Ashbury St.<br>San Francisco, CA 94117 | Lodmell & Lodmell, P.C.<br>c/o Agent: Gary L. Lodmell<br>1631 E. Cheery Lynn<br>Phoenix, AZ 85016 |

**ADDITIONAL PLAINTIFFS/DEFENDANTS NOT LISTED ON THE FIRST PAGE**

Lodmell & Lodmell, P.C., Defendant
Monette R. Stephens, Defendant
Carl A. Wescott, Defendant