Law Office of Howard L. Hibbard
Howard L. Hibbard
251 Park Road, Suite 800
Burlingame, CA 94010
Tel: 650-347-5010
Fax: 650-347-5010

Attorney for Debtors

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

In Re:

Monette Rosemarie Stephens

Carl Alexander Wescott

      Debtor.

Janina M. Hoskins, Trustee

Vs.

Pook Snook Dook Limited, et al

) Bankruptcy No.: 12-03058
) Adversary action 12-03086
) CHAPTER 7
)
) **NOTICE OF NON-OPPOSITION TO DEFAULT AND NOTICE OF THIRD PARTY RIGHTS TO ASSETS SOUGHT BY TRUSTEE**

TO JANINA M. HOSKINS AND HER ATTORNEYS OF RECORD:

    PLEASE TAKE NOTICE: that debtors' have no opposition to your taking the default of Debtors.' To the extent Debtors may waive the rights of the legal entities named in the above adversary action, Debtors waive any right or objection of the default of said legal entities in the above captioned adversary action.

ANSWER TO COMPLAINT - 1

PLEASE TAKE NOTICE: Ward Wescott, father to Debtor Carl Wescott, has a 50% beneficial interest in the Catamount Ventures by funding the $75,000.00 of the initial capitalization of $150,000.00.

Dated: June 22, 2012

_____
Howard L. Hibbard
Law Office of Howard L. Hibbard

Law Office of Howard L. Hibbard
Howard L. Hibbard, Esq. SBN 80987
251 Park Road, Suite 800
Burlingame, CA 94010
Telephone: (650) 347-5010
Facsimile: (650) 347-5011

Attorney for Debtors/Defendants
Carl Wescott and Monette Stephens

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# CERTIFICATE OF SERVICE

**RE:** Chapter 7
Notice of Non-Opposition to Entry of Default and Notice of Third Party Rights

**COURT/CASE No.:** 12-03086

I am over the age of 18 and not a party to this cause. I am employed at The Law Office of Howard L. Hibbard, 251 Park Road, Suite 800, Burlingame, CA 94010.

On the date set forth below I served the foregoing document(s) as: Substitution of Attorney on the following person(s) in this action, and by the following method, by placing a true copy thereof enclosed in a sealed envelope addressed as follows:

MacConaghy & Barnier
John H. MacConaghy
Jean Barnier
Monique Jewett-Brewer
645 First Street West, Suite D
Sonoma, CA 95476
Tel:707-935-3205

[X] (BY MAIL) I caused such envelope(s) with postage thereon fully prepaid to be placed in the box regularly used for collection and mailing on the date shown below, at 251 Park Road, Burlingame, CA 94010.

I declare under penalty of perjury of the laws of the State of California and under the laws of the United States of America, that the foregoing is true and correct. Executed this 13th day of June, 2012

_____
Howard L. Hibbard