MacCONAGHY & BARNIER, PLC
JOHN H. MacCONAGHY, SBN 83684
JEAN BARNIER, SBN 231683
MONIQUE JEWETT-BREWSTER, SBN 217792
645 First St. West, Suite D
Sonoma, California 95476
Telephone: (707) 935-3205
Email: Jbarnier@macbarlaw.com

Attorneys for Plaintiff,
JANINA M. HOSKINS, TRUSTEE IN BANKRUPTCY

# UNITED STATES BANKRUPTCY COURT

## NORTHER DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>CARL ALEXANDER WESCOTT AND MONETTE ROSEMARIE STEPHENS,<br><br>Debtors.<br>_____<br>JANINA M. HOSKINS, Trustee in Bankruptcy of the Estate of CARL ALEXANDER WESCOTT AND MONETTE ROSEMARIE STEPHENS,<br><br>Plaintiff,<br><br>v.<br><br>POOK SNOOK DOOK LIMITED PARTNERSHIP, a purported limited partnership; CARL A. WESCOTT and MONETTE R. STEPHENS, as Trustees of the WESCOTT-STEPHENS FAMILY TRUST aka POOK SNOOK DOOK TRUST; LODMELL & LODMELL, P.C., a Professional corporation,<br><br>Defendants.<br>_____ | Case No.: 12-30143 DM<br><br>(Chapter 7)<br><br>AP No.12-03086<br><br><br><br>**REQUEST FOR ENTRY OF CLERK'S DEFAULT OF DEFENDANTS POOK SNOOK DOOK LIMITED PARTNERSHIP; CARL A. WESCOTT AND MONETTE R. STEPHENS, AS TRUSTEES OF THE WESCOTT-STEPHENS FAMILY TRUST aka POOK SNOOK DOOK TRUST** |

Plaintiff Janina M. Hoskins, Trustee in Bankruptcy of the Estate of Carl Alexander Wescott and Monette Rosemarie Stephens, hereby requests entry of Clerk's Default as to the Defendants Pook, Snook, Dook Limited Partnership, a purported partnership; and Carl A. Wescott and Monette R. Stephens as Trustees of the Wescott-Stephens Family Trust aka Pook Snook Dook Trust, in this action.

Dated: June 25, 2012          MACCONAGHY & BARNIER, PLC

                                              /s/ Jean Barnier
                                              Jean Barnier
                                              *Attorneys for Plaintiff,* JANINA M. HOSKINS, TRUSTEE IN BANKRUPTCY

**DECLARATION OF SERVICE BY MAIL**

I am a citizen of the United States, over the age of 18 years and not a party to the within action. My business address is 645 First St.West, Suite D, Sonoma, California 95476.

I served true and correct copies of the **REQUEST FOR ENTRY OF CLERK'S DEFAULT OF DEFENDANTS POOK SNOOK DOOK LIMITED PARTNERSHIP; CARL A. WESCOTT AND MONETTE R. STEPHENS, AS TRUSTEES OF THE WESCOTT-STEPHENS FAMILY TRUST aka POOK SNOOK DOOK TRUST**, by placing said copies in the United States Mail at Sonoma, California on the date shown below, and in a sealed envelope with first-class postage prepaid, addressed to the person(s) below.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed at Sonoma, California on June 25, 2012

          /s/ Kate Muller
          Kate Muller

Pook Snook Dook Limited Partnership,
a purported limited partnership
853 Ashbury St.
San Francisco, CA 94117

Carl A. Wescott, as Trustee of the Wescott-Stephens Family Trust
aka Pook snook Dook Trust
853 Ashbury St.
San Francisco, CA 94117

Monette R. Stephens, as Trustee of the Wescott-Stephens Family Trust
aka Pook snook Dook Trust
853 Ashbury St.
San Francisco, CA 94117