Form DFT

# UNITED STATES BANKRUPTCY COURT
## Northern District of California

| |
|---|
| In Re:<br>Carl Alexander Wescott and Monette Rosemarie Stephens  Case No.: 12–30143 Chapter: 7<br>Debtor(s)<br><br>Janina M. Hoskins                                                                     Adversary Proceeding No. 12–03086<br>Plaintiff(s)<br><br>vs.<br><br>Pook Snook Dook Limited Partnership et al.<br>Defendant(s) |

## ENTRY OF DEFAULT BY CLERK AND NOTICE THEREON

It appearing from the records in the above−entitled action that a Summons has been served upon the defendant(s) named above, and it further appearing from the affidavit of counsel for plaintiff(s), and other evidence as required by the F.R.C.P. Rule 55(a) that the defendant(s) named below have failed to plead or otherwise defend in said action as directed in said Summons and Notice of Status conference and as provided in the Federal Rules of Civil Procedure: Now, therefore, on the request of counsel, the DEFAULT of each of the following named defendant(s) is hereby entered:

Pook Snook Dook Limited Partnership, a purported limited partnership;
Carl A. Wescott, as Trustees of the Wescott−Stephens Family Trust aka Pook Snook Dook Trust; and,
Monette R. Stephens, as Trustees of the Wescott−Stephens Family Trust aka Pook Snook Dook Trust

Dated: 6/26/12                                          For the Court:

                                                        Gloria L. Franklin
                                                        Clerk of Court
                                                        United States Bankruptcy Court


                                                        Nicole C White
                                                        Deputy Clerk