# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0971–3 | User: nwhite | Date Created: 6/26/2012 |
| Case: 12–03086 | Form ID: pdfeoapc | Total: 8 |

**Recipients of Notice of Electronic Filing:**

| | | |
|---|---|---|
| pla | Janina M. Hoskins | jmelder7@aol.com |
| aty | Howard L. Hibbard | howard@HLHibbardAttorney.com |
| aty | Jean Barnier | jbarnier@macbarlaw.com |

TOTAL: 3

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | | | | |
|---|---|---|---|---|---|
| dft | Pook Snook Dook Limited Partnership | 853 Ashbury St. | San Francisco, CA 94117 | | |
| dft | Lodmell &Lodmell, P.C. | 1631 E. Cheery Lynn | Phoenix, AZ 85016 | | |
| dft | Carl A. Wescott | 853 Ashbury Street | San Francisco, CA 94117 | | |
| dft | Monette R. Stephens | 853 Ashbury Street | San Francisco, CA 94117 | | |
| ust | Office of the U.S. Trustee / SF | Office of the U.S. Trustee | 235 Pine St | Suite 700 | San Francisco, CA 94104 |

TOTAL: 5