```
                              United States Bankruptcy Court
                              Northern District of California
Hoskins,
         Plaintiff                                              Adv. Proc. No. 12-03086-DM

Pook Snook Dook Limited Partnership,
         Defendant                        CERTIFICATE OF NOTICE
District/off: 0971-3          User: nwhite              Page 1 of 2            Date Rcvd: Jun 26, 2012
                              Form ID: pdfeoapc         Total Noticed: 5
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 28, 2012.
dft          +Carl A. Wescott,    853 Ashbury Street,    San Francisco, CA 94117-4418
dft          +Lodmell & Lodmell, P.C.,    1631 E. Cheery Lynn,    Phoenix, AZ 85016-7110
dft          +Monette R. Stephens,    853 Ashbury Street,    San Francisco, CA 94117-4418
dft          +Pook Snook Dook Limited Partnership,    853 Ashbury St.,    San Francisco, CA 94117-4418

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
ust          +E-mail/Text: ustpregion17.sf.ecf@usdoj.gov Jun 27 2012 02:25:28
              Office of the U.S. Trustee / SF,    Office of the U.S. Trustee,    235 Pine St,   Suite 700,
              San Francisco, CA 94104-2745
                                                                                              TOTAL: 1

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jun 28, 2012**                        **Signature:**    _Joseph Speetjens_

District/off: 0971-3   User: nwhite        Page 2 of 2         Date Rcvd: Jun 26, 2012
                       Form ID: pdfeoapc   Total Noticed: 5

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 26, 2012 at the address(es) listed below:
    Howard L. Hibbard   on behalf of Defendant  Pook Snook Dook Limited Partnership
     howard@HLHibbardAttorney.com
    Janina M. Hoskins   jmelder7@aol.com, Ca80@ecfcbis.com
    Jean  Barnier   on behalf of Plaintiff Janina Hoskins jbarnier@macbarlaw.com,
     smansour@macbarlaw.com;macclaw@macbarlaw.com;mjewett-brewster@macbarlaw.com;kmuller@macbarlaw.com
                                                           TOTAL: 3

Form DFT

# UNITED STATES BANKRUPTCY COURT
## Northern District of California

| | |
|---|---|
| In Re:<br>Carl Alexander Wescott and Monette Rosemarie Stephens  Case No.: 12−30143 Chapter: 7<br>Debtor(s) | |
| Janina M. Hoskins<br>Plaintiff(s) | Adversary Proceeding No. 12−03086 |
| vs. | |
| Pook Snook Dook Limited Partnership et al.<br>Defendant(s) | |

## ENTRY OF DEFAULT BY CLERK AND NOTICE THEREON

It appearing from the records in the above−entitled action that a Summons has been served upon the defendant(s) named above, and it further appearing from the affidavit of counsel for plaintiff(s), and other evidence as required by the F.R.C.P. Rule 55(a) that the defendant(s) named below have failed to plead or otherwise defend in said action as directed in said Summons and Notice of Status conference and as provided in the Federal Rules of Civil Procedure: Now, therefore, on the request of counsel, the DEFAULT of each of the following named defendant(s) is hereby entered:

Pook Snook Dook Limited Partnership, a purported limited partnership;
Carl A. Wescott, as Trustees of the Wescott−Stephens Family Trust aka Pook Snook Dook Trust; and,
Monette R. Stephens, as Trustees of the Wescott−Stephens Family Trust aka Pook Snook Dook Trust

Dated: 6/26/12                                         For the Court:

                                                       Gloria L. Franklin
                                                       Clerk of Court
                                                       United States Bankruptcy Court


                                                       Nicole C White
                                                       Deputy Clerk