| | |
|---|---|
| 1 | MacCONAGHY & BARNIER, PLC |
| | JOHN H. MacCONAGHY, SBN 83684 |
| 2 | JEAN BARNIER, SBN 231683 |
| | MONIQUE JEWETT-BREWSTER, SBN 217792 |
| 3 | 645 First St. West, Suite D |
| | Sonoma, California 95476 |
| 4 | Telephone: (707) 935-3205 |
| | Email: macclaw@macbarlaw.com |

Attorneys for Plaintiff,
JANINA M. HOSKINS

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| In re | ) | Case No. 12-30143 DM |
| | ) | |
| CARL ALEXANDER WESCOTT AND | ) | (Chapter 7) |
| MONETTE ROSEMARIE STEPHENS, | ) | |
| | ) | A.P. No. 12-03086 |
| | ) | |
| | ) | |
| Debtors. | ) | **STIPULATION FOR DISMISSAL** |
| | ) | **AS TO DEFENDANT** |
| | ) | **LODMELL & LODMELL, P.C.** |
| | ) | |
| JANINA M. HOSKINS, TRUSTEE IN | ) | |
| BANKRUPTCY OF THE ESTATE OF | ) | |
| CARL ALEXANDER WESCOTT AND | ) | |
| MONETTE ROSEMARIE STEPHENS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| POOK SNOOK DOOK LIMITED | ) | |
| PARTNERSHIP, a purported limited | ) | |
| partnership; CARL A. WESCOTT and | ) | |
| MONETTE R. STEPHENS, as Trustees of | ) | |
| the WESCOTT-STEPHENS FAMILY | ) | |
| TRUST aka POOK SNOOK DOOK | ) | |
| TRUST; LODMELL & LODMELL, P.C., | ) | |
| a Professional corporation; | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

/ / /

/ / /

Plaintiff Janina M. Hoskins, Trustee in Bankruptcy of Carl Alexander Wescott and Monette Rosemarie Stephens, and Defendant Lodmell & Lodmell, P.C., by and through their respective counsel of record, hereby stipulate and agree as follows:

1. The Complaint shall be dismissed with prejudice as against Defendant Lodmell & Lodmell, P.C. only;

2. Each side shall bear its own costs and attorneys fees.

Dated: July 10, 2012  MACCONAGHY & BARNIER, PLC

  /s/ Jean Barnier
Jean Barnier
Attorneys for Plaintiff

Dated: July 10, 2012  /s/ Douglass S. Lodmell
Douglass S. Lodmell
Lodmell & Lodmell, P.C.