```
 1  MacCONAGHY & BARNIER, PLC
    JOHN H. MacCONAGHY, SBN 83684       Signed and Filed: July 17, 2012
 2  JEAN BARNIER, SBN 231683
    645 First St. West, Suite D
 3  Sonoma, California 95476
    Telephone: (707) 935-3205
 4  Email:    jbarnier@macbarlaw.com    _____
                                        DENNIS MONTALI
 5                                      U.S. Bankruptcy Judge
    Attorneys for Plaintiff
 6  JANINA M. HOSKINS
```

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re | Case No. 12-30143 DM |
| CARL ALEXANDER WESCOTT AND MONETTE ROSEMARIE STEPHENS, | (Chapter 7) |
| | A.P. No. 12-03086 |
| Debtors. | **ORDER APPROVING STIPULATION FOR DISMISSAL AS TO DEFENDANT LODMELL & LODMELL, P.C.** |
| JANINA M. HOSKINS, TRUSTEE IN BANKRUPTCY OF THE ESTATE OF CARL ALEXANDER WESCOTT AND MONETTE ROSEMARIE STEPHENS, | |
| Plaintiff, | |
| v. | |
| POOK SNOOK DOOK LIMITED PARTNERSHIP, a purported limited partnership; CARL A. WESCOTT and MONETTE R. STEPHENS, as Trustees of the WESCOTT-STEPHENS FAMILY TRUST aka POOK SNOOK DOOK TRUST; LODMELL & LODMELL, P.C., a Professional corporation; | |
| Defendants. | |

[8039.ORDER.STIP.LODMELL]                                                                PAGE 1

**IT IS SO ORDERED** that the *Stipulation for Dismissal* entered into by and between Plaintiff Janina M. Hoskins, Trustee in Bankruptcy of the Estate of Carl Alexander Wescott and Monette Rosemarie Stephens, and Defendant Lodmell & Lodmell, P.C., through their respective counsel of record, and filed with the Court on July 10, 2012 (Docket No. 12), is hereby approved.

\*\* END OF ORDER \*\*

| | |
|---|---|
| 1 | <u>COURT SERVICE LIST</u> |
| 2 | |
| 3 | Lodmell & Lodmell, P.C., *a Professional corporation* |
|   | 1631 E. Cheery Lynn |
| 4 | Phoenix, AZ 85016 |