# Notice Recipients

District/Off: 0971–3     User: nwhite     Date Created: 7/18/2012
Case: 12–03086     Form ID: pdfeoc     Total: 2

**Recipients of Notice of Electronic Filing:**
pla     Janina M. Hoskins     jmelder7@aol.com

TOTAL: 1

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
Lodmell &Lodmell, P.C., a Professional corporatio     1631 E. Cheery Lynn     Phoenix, AZ 85016

TOTAL: 1