# Exhibit 1

CERTIFICATE OF LIMITED PARTNERSHIP FOR FILING
WITH ARIZONA SECRETARY OF STATE

# POOK SNOOK DOOK LIMITED PARTNERSHIP
An Arizona Limited Partnership



06/25/2010  4:11PM 000004#5907
PARTNERSHIP  $10.00

The undersigned parties have associated themselves for the purpose of forming a limited partnership under the laws of the State of Arizona, and hereby adopt and sign this Certificate of Limited Partnership specifically in accordance with A.R.S. §29-308.

1) **Name of the Limited Partnership.** The name of this Limited Partnership is the POOK SNOOK DOOK LIMITED PARTNERSHIP

06/25/2010  4:11PM 000004#5907
LP PER PAGE  $3.00

2) **Nature of Business.** The character of the business is investments of all types and other business in which capital is a material income producing factor, or which relates or is incidental thereto.

3) **Address of Principal Office, Principal Place of Business, Records Location and Registered Office.** The location of the principal office, principal place of business and records location of the Limited Partnership is 1631 E CHEERY LYNN RD, PHOENIX, ARIZONA 85016. The location of the registered office of the Limited Partnership is 1631 E CHEERY LYNN RD, PHOENIX, ARIZONA 85016.

4) **Address of Agent for Service of Process.** The statutory agent for service for this Limited Partnership is Lodmell & Lodmell, P.C., whose address is 1631 E CHEERY LYNN RD, PHOENIX, ARIZONA 85016.

5) **General Partners.** The General Partners of this Limited Partnership are:

   Monette Rosemarie Stephens
   853 Ashbury Street
   San Francisco, CA 94117

   Carl A Wescott
   853 Ashbury Street
   San Francisco, CA 94117

6) **Term of the Partnership.** The term for which the partnership is to exist is 50 years, commencing as of the effective date herein, unless the partnership is sooner completely terminated and dissolved.

_____   6/5/2010
Monette Rosemarie Stephens       Date

_____   6/5/2010
Carl A Wescott                   Date

## LODMELL & LODMELL, P.C.

© 2010 LODMELL & LODMELL, P.C. | POOK SNOOK DOOK LIMITED PARTNERSHIP
FILING CERTIFICATE

# ASSIGNMENT

**Effective Date**
June 24, 2010

**County and State where Located**
San Francisco, CA

**Assignor (Name, Address, Zip Code)**
Monette Stephens
853 Ashbury St, SF CA 94117

**Assignee (Name, Address, Zip Code)**
Pook, Snook, Dook Limited Partnership
853 Ashbury St. SF CA 94117

**Property Assigned (Address or Location)**
Promissory Note Payable in One Installment from Rainforest Capital.

**Property Assigned (Description)**
Promissory Note for $564,877

For valuable consideration, receipt of which is acknowledged, assignor assigns all right, title and interest in the Property Assigned to the Assignee.

_Assignor_
Monette Stephens

_Assignee_ General Partner
Pook, Snook, Dook Limited Partnership

STATE OF CALIFORNIA
COUNTY OF Santa Barbara

On 24 June 2010 before me, Thomas Dean Demourkas, Notary Public, Print Name and Title of the Officer/Notary Public

personally appeared Monette Stephens, who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

THOMAS DEAN DEMOURKAS
Commission # 1826869
Notary Public - California
Santa Barbara County
My Comm. Expires Jan 2, 2013

Signature of Notary Public
My commission expires: 01/02/2013

LODMELL & LODMELL, P.C.

© 2010 LODMELL & LODMELL, P.C. | POOK SNOOK DOOK LIMITED PARTNERSHIP FORMS

## DESIGNATION OF BENEFICIARY

Name of Partnership:      Name of General Partner:

Pook Snook Dook Limited Partnership

Name of Share Owner:

Monette Rosemarie Stephens

Percentage of Shares Owned (Ltd. And/or General):

1% General Partner

Beneficiaries (Name & Relationship, if any):
Primary: Wescott-Stephens Family Trust, June 5, 2010
Contingent:

INSTRUCTIONS. UNLESS OTHERWISE PROVIDED, surviving beneficiaries in the same class will share equally. It is not necessary to name a beneficiary in every class above.

All previous beneficiaries under the partnership listed above are hereby revoked. All proceeds shall be paid to the new beneficiaries named above. All other provisions of the account shall remain in full force and effect. The right to change beneficiaries and/or to transfer or assign ownership is reserved to the shareowner.

This revocation and designation of new beneficiary, upon being filed with the above named partnership, will take effect as of the date of this notice.

One copy of this document has been retained in my files. I request that you use this instrument to record this change and notify me when noted in your records. You are requested to notify me immediately if additional procedures or documents are needed to effect this change.

Executed at: Santa Barbara, CA     Date Executed: June 24, 2010

_____     _____
Share Owner                              General Partner Acceptance

STATE OF CALIFORNIA

COUNTY OF Santa Barbara

On 24 June 2010 before me, Thomas Dean Demourkas, Notary Public,
   Date                                           Print Name and Title of the Officer/Notary Public

personally appeared Monette Stephens, who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

THOMAS DEAN DEMOURKAS
Commission # 1825869
Notary Public - California
Santa Barbara County
My Comm. Expires Jan 2, 2013

Signature of Notary Public
My commission expires: 01/02/2013

LODMELL & LODMELL, P.C.

© 2010 LODMELL & LODMELL, P.C. | POOK SNOOK DOOK LIMITED PARTNERSHIP FORMS

WEIL 0061

## LIST OF ASSETS

| TYPE | LOCATION |
|---|---|
| Promissory Note from Rainforest Capital | San Francisco, CA |

LODMELL & LODMELL, P.C.
©2010 LODMELL & LODMELL, P.C. | POOK SNOOK DOOK LIMITED PARTNERSHIP FORMS

WEIL 0062

## BILL OF TRANSFER

Grantor(s): Monette Stephens

As a transfer into a partnership, with no change of beneficial ownership, I(We), the undersigned Grantor(s) do hereby grant, convey and give to the **POOK SNOOK DOOK LIMITED PARTNERSHIP** the personal property owned (either together or as their sole and separate property) by the Grantor(s) as listed below:

Promissory Note Payable in One Installment from Rainforest Capital

Executed at: Santa Barbara, CA   Date Executed: 6/24/2010

_____   Monette Stephens, Grantor(s)
Accepted and approved:

STATE OF California

COUNTY OF Santa Barbara

On this 24 day of June, 2010, before me, the undersigned Notary Public, personally appeared Monette Stephens, to me known to be the individual described in and who executed the foregoing instrument, and acknowledged that he (she) executed the same as his (her) free act and deed.

THOMAS DEAN DEMOURKAS
Commission # 1825909
Notary Public - California
Santa Barbara County
My Comm. Expires Jan 2, 2013

_____
Notary Public

**LODMELL & LODMELL, P.C.**

© 2010 LODMELL & LODMELL, P.C. | POOK SNOOK DOOK LIMITED PARTNERSHIP FORMS

WEIL 0063

Case: 12-03086   Doc# 15-1   Filed: 07/19/12   Entered: 07/19/12 10:05:26   Page 6 of 11

# CONFIDENTIAL
## POOK SNOOK DOOK LIMITED PARTNERSHIP
AN ARIZONA ASSET MANAGEMENT LIMITED PARTNERSHIP

## BILL OF TRANSFER

Grantor(s): Monette Stephens

As a transfer into a partnership, with no change of beneficial ownership, I(We), the undersigned Grantor(s) do hereby grant, convey and give to the **POOK SNOOK DOOK LIMITED PARTNERSHIP** the personal property owned (either together or as their sole and separate property) by the Grantor(s) as listed below:

- $200k Membership Interest in Rainforest Capital, LLC
- Cantamount Ventures LP Interest
- Fidelity CAP IV LP Interest
- Fidelity CAP V LP Interest (AKA Reliant Group)
- Fidelity CAP VI LP Interest (AKA Reliant Group)

Executed at: San Francisco, CA   Date Executed: 9/4/2010

_____, Grantor(s)

Accepted and approved:

STATE OF CALIFORNIA
COUNTY OF SAN FRANCISCO

On this 4 day of Sept, 2010 before me, the undersigned Notary Public, personally appeared Annette & Ron Stephens, to me known to be the individual described in and who executed the foregoing instrument, and acknowledged that he (she) executed the same as his (her) free act and deed.

MICHAEL YOUNG
Commission # 1716407
Notary Public - California
San Francisco County
My Comm. Expires Jan 13, 2011

Notary Public

**LODMELL & LODMELL, P.C.**
© 2010 LODMELL & LODMELL, P.C. | POOK SNOOK DOOK LIMITED PARTNERSHIP FORMS

WEIL 0195

09/04/2010 15:00 FAX                                                              ☒001

CONFIDENTIAL

# POOK SNOOK DOOK LIMITED PARTNERSHIP
### AN ARIZONA ASSET MANAGEMENT LIMITED PARTNERSHIP

## ASSIGNMENT

| Effective Date | County and State where Located |
|---|---|
| Sept 4, 2010 | San Francisco, CA |

| Assignor (Name, Address, Zip Code) | Assignee (Name, Address, Zip Code) |
|---|---|
| Mouette Stephens | Pook, Snook, Dook Limited Partnership |
| 853 Ashbury St. SF CA 94117 | 853 Ashbury St. SF CA 94117 |

**Property Assigned (Address or Location)**
- $200 K Membership Interest in Rainforest Capital, LLC
- Catamount Ventures LP Interest
- Fidelity CAP IV LP Interest
- Fidelity CAP V LP Interest (aka Reliant Group)
- Fidelity CAP VI LP Interest (aka Reliant Group)

**Property Assigned (Description)**

See above

---

For valuable consideration, receipt of which is acknowledged, assignor assigns all right, title and interest in the Property Assigned to the Assignee.

_____         _____
Assignor                          Assignee

STATE OF CALIFORNIA

COUNTY OF SAN FRANCISCO

On SEPT. 4, 2010 before me, _____, YOUNG, NOTARY PUBLIC
     Date                                    Print Name and Title of the Officer/Notary Public

personally appeared __MOUETTE R. STEPHENS_____, who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

MICHAEL YOUNG
Commission # 1716407
Notary Public - California
San Francisco County
My Comm. Expires Jan 13, 2011

Signature of Notary Public
My commission expires: Jan 13, 2011

## LODMELL & LODMELL, P.C.

© 2010 LODMELL & LODMELL, P.C. | POOK SNOOK DOOK LIMITED PARTNERSHIP FORMS

WEIL 0196

Case: 12-03086  Doc# 15-1  Filed: 07/19/12  Entered: 07/19/12 10:05:26  Page 8 of 11

# POOK SNOOK DOOK LIMITED PARTNERSHIP
## AN ARIZONA ASSET MANAGEMENT LIMITED PARTNERSHIP

## DESIGNATION OF BENEFICIARY

**Name of Partnership:** Pook Snook Dook Limited Partnership

**Name of General Partner:** Monette Stephens

**Name of Share Owner:** Monette Stephens

**Percentage of Shares Owned (Ltd. And/or General):** 1% General Partner

**Beneficiaries (Name & Relationship, if any):**
Primary: Wescott - Stephens Family Trust, June 2010
Contingent:

**INSTRUCTIONS:** UNLESS OTHERWISE PROVIDED, surviving beneficiaries in the same class will share equally. It is not necessary to name a beneficiary in every class above.

All previous beneficiaries under the partnership listed above are hereby revoked. All proceeds shall be paid to the new beneficiaries named above. All other provisions of the account shall remain in full force and effect. The right to change beneficiaries and/or to transfer or assign ownership is reserved to the shareowner.

This revocation and designation of new beneficiary, upon being filed with the above named partnership, will take effect as of the date of this notice.

One copy of this document has been retained in my files. I request that you use this instrument to record this change and notify me when noted in your records. You are requested to notify me immediately if additional procedures or documents are needed to effect this change.

Executed at: San Francisco, CA    Date Executed: 9/4/2010

Share Owner                          General Partner Acceptance

STATE OF CALIFORNIA

COUNTY OF SAN FRANCISCO

On SEPT. 4, 2010 before me, Michael Young, Notary Public, personally appeared Monette R. Stephens, who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

MICHAEL YOUNG
Commission # 1716407
Notary Public - California
San Francisco County
My Comm. Expires Jan 13, 2011

Signature of Notary Public
My commission expires: Jan. 13, 2011

LODMELL & LODMELL, P.C.

©2010 LODMELL & LODMELL, P.C. | POOK SNOOK DOOK LIMITED PARTNERSHIP FORMS

WEIL 0197



#__1__

# AMENDMENT OF CERTIFICATE AND AGREEMENT OF THE
# POOK SNOOK DOOK LIMITED PARTNERSHIP
### an Arizona Limited Partnership

1. **Date of Filing Certificate and Agreement of Limited Partnership:**

    June 25, 2010        2024173

2. **Effective Date of This Amendment:**

    __4__ / __22__ / __11__

    The undersigned person makes and severally signs this Amendment of Certificate and Agreement of Limited Partnership for the purpose of amending the above named Limited Partnership in accordance with the *Uniform Partnership Act of Arizona*.

    The original Certificate of Limited Partnership is incorporated by reference except as hereinafter amended.

    * * *

    The Certificate is amended as follows:

    Adding and deleting General Partners

    The amounts or character of the contributions and ownership percentages of the partners are reflected at the end of this Amendment beside their respective names.

    * * *

    IN WITNESS WHEREOF, the party executes this Amendment, intending it to be effective on this date: __4/22/11__.

By _____      _____
Monette Rosemarie Stephens              Carl A. Wescott
as Attorney-in-Fact under provision     as Attorney-in-Fact under provision
in Section 4 of Certificate of Agreement in Section 4 of Certificate of Agreement
of Limited Partnership                  of Limited Partnership

Case: 12-03086   Doc# 15-1   Filed: 07/19/12   Entered: 07/19/12 10:05:26   Page 10 of 11

## Schedule of Amendment to Partners and Contributions to Capital

Name of Partnership: **POOK SNOOK DOOK LIMITED PARTNERSHIP**

Date: 4/22/11

| Name of Partner | Changes in Amount of Character of Capital Contribution | Percentage of Ownership and Percentage of Profit Distribution |
|---|---|---|
| **GENERAL PARTNERS:** | | |
| Ivy League Charters, LLC<br>A Nevada LLC<br>4421 Edward Ave.<br>Las Vegas, NV 89108 | | 2% |
| **LIMITED PARTNERS:** | | |
| Pook Snook Dook Trust<br>Dated June 5, 2010<br>Monette Rosemarie Stephens, Trustee<br>853 Ashbury Street<br>San Francisco, CA 94117 | | 97% |
| Carl A. Wescott<br>853 Ashbury Street<br>San Francisco, CA 94117 | | 1% |
| **ADDITIONAL LIMITED PARTNERS:** | | |
| **TOTALS:** | | 100% |

Case: 12-03086  Doc# 15-1  Filed: 07/19/12  Entered: 07/19/12 10:05:26  Page 11 of 11