**Exhibit 2**

http://www.lodmell.com/

# Lodmell & Lodmell

Get Your Consultation Today **1 (800) 231-7112**

- Get Asset Protection
    - Legal Services
        - Asset Protection Trust
        - Family Limited Partnership
        - Limited Liability Company
        - Workplace Integrity Package
    - For Physicians & Doctors
    - For Real Estate Investors & Developers
- Protect Wealth
    - Strategic Defaults on Mortgages
    - Asset Protection Myths and Benefits
    - Tips to Avoid a Lawsuit
    - Are You Sue Worthy?
    - Assess Your Risk Quiz
    - Opening a Swiss Bank Account
- Why Lodmell
    - Our Lawyers & Experts
    - Testimonials
- Asset Protection Resources
- Contact Us

## #1 Asset Protection Attorneys

Trusted by over 3,500 clients nationwide, we are the nation's leading legal asset protection lawyers. Protect your family and home assets, establish a legal barrier with trusts and services, have peace of mind that your wealth is safe.

## Latest: Making a Strategic Default

**Special Asset Protection Report:**
The TRUTH about the U.S. Legal System!
*Discover the Hidden Secrets of Litigation that Plaintiffs' Lawyers Pray you Never Learn!*
We promise we won't spam!
**Chat with Us Now** Get real answers to your questions
Everyday more than 40,000 new lawsuits are filed in America by an army of over 1 million lawyers, one for every 300 Americans. You do not need to be a victim of one of them. You can **protect your assets** with the nation's leading Asset Protection Law Firm, Lodmell & Lodmell now. Legal, Affordable and Simple, we help more clients and protect more assets than anyone in the country.
For years, Lodmell & Lodmell has brought legitimacy to a practice inundated with gimmicks and flimsy solutions. We help you establish an effective **asset protection strategy** without any complications or extra work on your part. Our solutions are so streamlined that typically they only require one extra tax return! To find out more call us today, or fill out the form on this page and get our detailed 40-page Special Report on Asset Protection right away.

> "As an attorney, Doug and his firm have brought more value to our consulting clients than anyone we have ever worked with. He's one of the few people I trust unquestionably. He has always come through for me and my clients. I would give Doug my highest recommendation."
>
> *- Greg Stanley, Founder*
> *Whitehall Management*

Read More Testimonials
## Newest Resources
- How An Asset Protection Trust Can Save You From U.S. Courts!
- A Few Reasons Why You Need Asset Protection
- Understanding Basic Concepts Of An Asset Protection Plan

Asset Protection Resources



See Doug's Interview Series
- Get Asset Protection
    - Legal Services
    - For Doctors & Dentists
- Protect Wealth
    - Strategic Defaults on Mortgages
    - Assess Your Risk Quiz
    - Tips to Avoid a Lawsuit
    - Asset Protection Myths and Benefits
- Why Lodmell
    - Our Lawyers & Experts
    - Testimonials
- Asset Protection Resources
    - Asset Protection Articles
    - Asset Protection Videos
    - Asset Protection News & Reports
    Contact Us

**Lodmell & Lodmell**
© Copyright 2010. All Rights Reserved - Lodmell & Lodmell, PC
- Sitemap
- Legal Notices
- Managed by Flow Simple

Call Us Today **1 (800) 231-7112**