# Exhibit 3

View: Results List | **Full**          ◀ **1** of **1** ▶

Search:   Corporation Filings > Search Results > Corporation Filings Report

Terms:    company(**Ivy League Charters**) state(**NV**) filing jurisdiction (**NV**) ( Edit Search | New Search )

☐ Select for Delivery

**Further Searches**
Comprehensive Person Report
Comprehensive Business Report
Locate a Business (Nationwide)
Uniform Commercial Code Filings
Delaware Secretary of State $
Criminal Records
Deed Images $
Parcel Maps $
Foreclosure Activity Status $
Real Property Voluntary Lien Transaction $
Real Property Valuation $
Real Property Valuation & Risk Assessment $
Neighborhood Demographics $

# Nevada Secretary of State

### Corporate Filing
Business Information

| | |
|---|---|
| Filing Number: | E0014042011-7 |
| Name: | IVY LEAGUE CHARTERS, LLC |
| Name Type: | LEGAL |
| Business Type: | DOMESTIC LIMITED-LIABILITY COMPANY |
| Status: | REVOKED |
| Status Date: | 02/01/2012 |
| | NEVADA |

Case: 12-03086   Doc# 15-3   Filed: 07/19/12   Entered: 07/19/12 10:05:26   Page 2 of 3

### Corporate Filing

| | |
|---|---|
| **Place Incorporated:** | |
| **Date Incorporated:** | 01/11/2011 |
| **Foreign/Domestic:** | DOMESTIC |
| **Terms:** | PERPETUAL |
| **Additional Information:** | MANAGED BY: Managing Member |

### Registered Agent

| | |
|---|---|
| **Name:** | INCSMART.BIZ, INC. |
| **Title:** | REGISTERED AGENT |
| **Registered Agent Address** | 4421 EDWARD AVE LAS VEGAS, NV 89108-2813 |

### Filing History

| Filing Date | Filing Type | Number | Description | Misc. |
|---|---|---|---|---|
| 01/11/2011 | | Ref No.: 20110019095-78 | ARTICLES OF ORGANIZATION | |

**Important:** The Public Records and commercially available data sources used on reports have errors. Data is sometimes entered poorly, processed incorrectly and is generally not free from defect. This system should not be relied upon as definitively accurate. Before relying on any data this system supplies, it should be independently verified. For Secretary of State documents, the following data is for information purposes only and is not an official record. Certified copies may be obtained from that individual state's Department of State.

**Your DPPA Permissible Use:** Litigation
**Your GLBA Permissible Use:** Legal Compliance



About LexisNexis | Terms & Conditions
Copyright© 2012 LexisNexis, a division of Reed Elsevier Inc. All rights reserved.