# UNITED STATES BANKRUPTCY COURT
# NORTER DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

In re

CARL ALEXANDER WESCOTT AND
MONETTE ROSEMARIE STEPHENS,

    Debtors.

_____

JANINA M. HOSKINS, Trustee in
Bankruptcy of the Estate of CARL
ALEXANDER WESCOTT AND
MONETTE ROSEMARIE STEPHENS,

    Plaintiff,

v.

POOK SNOOK DOOK LIMITED
PARTNERSHIP, a purported limited
partnership; CARL A. WESCOTT and
MONETTE R. STEPHENS, as Trustees
of the WESCOTT-STEPHENS FAMILY
TRUST aka POOK SNOOK DOOK
TRUST; LODMELL & LODMELL,
P.C., a Professional corporation,

    Defendants.

Case No.: 12-30143 DM

(Chapter 7)

AP No. 12-03086

**NOTICE OF HEARING ON MOTION FOR ENTRY OF DEFAULT JUDGMENT AVOIDING FRAUDULENT TRANSFERS**

**HEARING**
Date: August 24, 2012
Time: 10:00 a.m.
San Francisco Courtroom 22 - Montali

**NOTICE IS HEREBY GIVEN** that on **August 24, 2012 at 10:00 a.m.**, or as soon thereafter as the matter can be heard, in the Courtroom of the Honorable Dennis Montali, United States Bankruptcy court located at **235 Pine St., Courtroom 22, San Francisco, CA 94104**, a hearing will be held on the attached Motion For Entry of Default Judgment Avoiding Fraudulent Transfers As Against Defendants Pook Snook Dook Limited Partnership and Carl A. Wescott and Monette R. Stephens, as Trustees of the Wescott-Stephens Family Trust, filed by Janina M. Hoskins, Chapter 7 Trustee in Bankruptcy of the Estate of Carl Alexander Wescott and Monette Rosemarie Stephens.

If you wish to oppose this motion, you must file and serve a written opposition within the time required by Local Rule 9014.

Dated: July 18, 2012

                                          /s/ Jean Barnier
                                          Jean Barnier, State Bar No. 231683
                                          MacConaghy & Barnier, PLC
                                          645 First St. West, Suite D
                                          Sonoma, California 95476
                                          Telephone: (707) 935-3205
                                          Email:    jbarnier@macbarlaw.com
                                          *Attorneys for Plaintiff,* JANINA M. HOSKINS, TRUSTEE IN BANKRUPTCY

# DECLARATION OF SERVICE BY MAIL

I am a citizen of the United States, over the age of 18 years and not a party to the within action. My business address is 645 First St. West, Suite D, Sonoma, California 95476.

I served true and correct copies of the **NOTICE OF HEARING ON MOTION FOR ENTRY OF DEFAULT JUDGMENT AVOIDING FRAUDULENT TRANSFERS,** by placing said copies in the United States Mail at Sonoma, California on the date shown below, and in a sealed envelope(s) with first-class postage prepaid, addressed to the person(s) below.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed at Sonoma, California on July 18, 2012.

      /s/ Kate Muller
      Kate Muller

Carl A. Wescott, as Trustee of the Wescott-Stephens Family Trust aka Pook Snook Dook Trust
853 Ashbury Street
San Francisco, CA 94117

Monette R. Stephens, as Trustee of the Wescott-Stephens Family Trust aka Pook Snook Dook Trust
853 Ashbury Street
San Francisco, CA 94117

Pook Snook Dook Limited Partnership, a purported limited partnership
853 Ashbury St.
San Francisco, CA 94117

Howard L. Hibbard
Law Offices of Howard L. Hibbard
251 Park Rd. #800
Burlingame, CA 94010