```
                         United States Bankruptcy Court
                         Northern District of California
Hoskins,
         Plaintiff                                              Adv. Proc. No. 12-03086-DM

Pook Snook Dook Limited Partnership,
         Defendant                     CERTIFICATE OF NOTICE
District/off: 0971-3          User: nwhite              Page 1 of 2              Date Rcvd: Jul 18, 2012
                              Form ID: pdfeoc           Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 20, 2012.
              +Lodmell & Lodmell, P.C., a Professional corporatio,   1631 E. Cheery Lynn,
                Phoenix, AZ 85016-7110

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                            TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jul 20, 2012**                      Signature:         *Joseph Speetjens*

Case: 12-03086    Doc# 17    Filed: 07/20/12    Entered: 07/20/12 21:46:55    Page 1 of 5

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 18, 2012 at the address(es) listed below:
          Howard L. Hibbard    on behalf of Defendant   Pook Snook Dook Limited Partnership
           howard@HLHibbardAttorney.com
          Janina M. Hoskins    jmelder7@aol.com, Ca80@ecfcbis.com
          Jean  Barnier    on behalf of Plaintiff Janina Hoskins jbarnier@macbarlaw.com,
           smansour@macbarlaw.com;macclaw@macbarlaw.com;mjewett-brewster@macbarlaw.com;kmuller@macbarlaw.com
                                                                                                                                                                 TOTAL: 3

```
MacCONAGHY & BARNIER, PLC
JOHN H. MacCONAGHY, SBN 83684
JEAN BARNIER, SBN 231683
645 First St. West, Suite D
Sonoma, California 95476
Telephone:  (707) 935-3205
Email:      jbarnier@macbarlaw.com

Attorneys for Plaintiff
JANINA M. HOSKINS
```

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br><br>CARL ALEXANDER WESCOTT AND MONETTE ROSEMARIE STEPHENS,<br><br>Debtors.<br>_____<br><br>JANINA M. HOSKINS, TRUSTEE IN BANKRUPTCY OF THE ESTATE OF CARL ALEXANDER WESCOTT AND MONETTE ROSEMARIE STEPHENS,<br><br>Plaintiff,<br><br>v.<br><br>POOK SNOOK DOOK LIMITED PARTNERSHIP, a purported limited partnership; CARL A. WESCOTT and MONETTE R. STEPHENS, as Trustees of the WESCOTT-STEPHENS FAMILY TRUST aka POOK SNOOK DOOK TRUST; LODMELL & LODMELL, P.C., a Professional corporation;<br><br>Defendants. | Case No. 12-30143 DM<br><br>(Chapter 7)<br><br>A.P. No. 12-03086<br><br>**ORDER APPROVING STIPULATION FOR DISMISSAL AS TO DEFENDANT LODMELL & LODMELL, P.C.** |

1  **IT IS SO ORDERED** that the *Stipulation for Dismissal* entered into by and between Plaintiff Janina M. Hoskins, Trustee in Bankruptcy of the Estate of Carl Alexander Wescott and Monette Rosemarie Stephens, and Defendant Lodmell & Lodmell, P.C., through their respective counsel of record, and filed with the Court on July 10, 2012 (Docket No. 12), is hereby approved.

** END OF ORDER **

## COURT SERVICE LIST

Lodmell & Lodmell, P.C., *a Professional corporation*
1631 E. Cheery Lynn
Phoenix, AZ 85016