```
Law Office of Howard L. Hibbard
Howard L. Hibbard
251 Park Road, Suite 800
Burlingame, CA 94010
Tel: 650-347-5010
Fax: 650-347-5010

Attorney for Debtors
```

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re: | BANKRUPTCY NO.: 12-03058 |
| Monette Rosemarie Stephens | ADVERSARY ACTION 12-03086 |
| Carl Alexander Wescott | CHAPTER 7 |
| Debtor. | WITHDRAWAL OF REQUEST FOR HEARING UNDER RULE 7055 (B)(2) |
| Janina M. Hoskins, Trustee | |
| Vs. | |
| Pook Snook Dook Limited, et al | |

TO JANINA M. HOSKINS AND HER ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE: that debtors' withdrawal their request for a hearing under Rule 7055 (b)(2), and other applicable code sections and case law. Counsel for Trustee and Defendant have conferred and there is no imputation of fraud from the above

adversary action default which would preclude a Chapter 7 discharge.

Dated: July 31, 2012

_____
Howard L. Hibbard
Law Office of Howard L. Hibbard

Law Office of Howard L. Hibbard
Howard L. Hibbard, Esq. SBN 80987
251 Park Road, Suite 800
Burlingame, CA 94010
Telephone: (650) 347-5010
Facsimile: (650) 347-5011

Attorney for Debtors/Defendants
Carl Wescott and Monette Stephens

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
## CERTIFICATE OF SERVICE

**RE:   Chapter 7**
**Notice of Non-Opposition to Entry of Default and Notice of Third Party Rights**

**COURT/CASE No.:** 12-03086

I am over the age of 18 and not a party to this cause. I am employed at The Law Office of Howard L. Hibbard, 251 Park Road, Suite 800, Burlingame, CA 94010.

On the date set forth below I served the foregoing document(s) as: Withdrawal of Request for Hearing on the following person(s) in this action, and by the following method, by placing a true copy thereof enclosed in a sealed envelope addressed as follows:

MacConaghy & Barnier
John H. MacConaghy
Jean Barnier
Monique Jewett-Brewer
645 First Street West, Suite D
Sonoma, CA 95476
Tel:707-935-3205

[X] (BY MAIL) I caused such envelope(s) with postage thereon fully prepaid to be placed in the box regularly used for collection and mailing on the date shown below, at 251 Park Road, Burlingame, CA 94010.

I declare under penalty of perjury of the laws of the State of California and under the laws of the United States of America, that the foregoing is true and correct. Executed this 31th day of July, 2012

                                              _____
                                              Howard L. Hibbard