Entered on Docket
August 28, 2012
GLORIA L. FRANKLIN, CLERK
U.S BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

Signed and Filed: August 27, 2012

_____
**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

MacCONAGHY & BARNIER, PLC
JOHN H. MacCONAGHY, SBN 83684
JEAN BARNIER, SBN 231683
645 First St. West, Suite D
Sonoma, California 95476
Telephone: (707) 935-3205
Email: Jbarnier@macbarlaw.com

Attorneys for Plaintiff,
JANINA M. HOSKINS, TRUSTEE IN BANKRUPTCY

# UNITED STATES BANKRUPTCY COURT

## NORTHER DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>CARL ALEXANDER WESCOTT AND MONETTE ROSEMARIE STEPHENS,<br><br>Debtors.<br>_____<br>JANINA M. HOSKINS, Trustee in Bankruptcy of the Estate of CARL ALEXANDER WESCOTT AND MONETTE ROSEMARIE STEPHENS,<br><br>Plaintiff,<br><br>v.<br><br>POOK SNOOK DOOK LIMITED PARTNERSHIP, a purported limited partnership; CARL A. WESCOTT and MONETTE R. STEPHENS, as Trustees of the WESCOTT-STEPHENS FAMILY TRUST aka POOK SNOOK DOOK TRUST; LODMELL & LODMELL, P.C., a Professional corporation,<br><br>Defendants.<br>_____ | Case No.: 12-30143 DM<br><br>(Chapter 7)<br><br>AP No. 12-03086<br><br><br>**DEFAULT JUDGMENT AVOIDING FRAUDULENT TRANSFERS** |

Plaintiff Janina M. Hoskins' *Motion for Entry of Default Judgment Authorizing Plaintiff to Avoid Fraudulent Transfers as Against Defendants Pook Snook Dook Limited Partnership, a purported limited partnership, and Carl A. Wescott and Monette R. Stephens, as Trustees of the Wescott-Stephens Family Trust, aka Pook Snook Dook Trust*, came on for hearing on August 24, 2012, before the Hon. Dennis Montali, United States Bankruptcy Judge. MacConaghy & Barnier, PLC, by Jean Barnier, Esq., appeared for the Plaintiff; Howard Hibbard, Esq., appeared for the Defendants Carl A. Wescott and Monette R. Stephens, as Trustees of the Wescott-Stephens Family Trust, *aka* Pook Snook Dook Trust.

On consideration of the oral and written arguments of counsel, Plaintiff is entitled to relief against the Defendants as set forth below; and good cause appearing:

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Debtors' transfers of assets to Defendants' Pook Snook Dook Limited Partnership and/or the Wescott-Stephens Family Trust are avoided as fraudulent transfers.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED, that pursuant to the provisions of Bankruptcy Code Section 550, the Plaintiff Trustee shall recover the transferred property set forth in Exhibits 1 and 2 to the Complaint, and described below:

1. $200,000 Membership Interest in Rain Forest Capital, LLC;
2. Cantamount Ventures, LP Interest;
3. Fidelity CAP IV LP Interest;
4. Fidelity CAP V LP Interest (aka Reliant Group);
5. Fidelity CAP VI LP Interest (aka Reliant Group);
6. Promissory Note Payable in One Installment from Rainforest Capital;

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that Plaintiff is deemed to hold all right, title, claim, or interest in such property; and Defendants and each of them are deemed to no right, title, claim, or interest in such property whatsoever.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that to the extent Defendants are in possession of such property, or documents of title relating to such property,

Defendants are ordered to turn over such property and/or documents of title to Plaintiff.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED, that these transfers are preserved for the benefit of the Estate.

** END OF ORDER**

## COURT SERVICE LIST

Carl A. Wescott, as Trustee of the Wescott-Stephens Family Trust *aka* Pook Snook Dook Trust
853 Ashbury Street
San Francisco, CA 94117

Monette R. Stephens, as Trustee of the Wescott-Stephens Family Trust *aka* Pook Snook Dook Trust
853 Ashbury Street
San Francisco, CA 94117

Pook Snook Dook Limited Partnership, a purported limited partnership
853 Ashbury St.
San Francisco, CA 94117