# Notice Recipients

District/Off: 0971–3     User: nwhite     Date Created: 8/28/2012
Case: 12–03086     Form ID: pdfeoapc     Total: 3

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
dft     Pook Snook Dook Limited Partnership     853 Ashbury St.     San Francisco, CA 94117
dft     Carl A. Wescott     853 Ashbury Street     San Francisco, CA 94117
dft     Monette R. Stephens     853 Ashbury Street     San Francisco, CA 94117

TOTAL: 3