```
                          United States Bankruptcy Court
                          Northern District of California
Hoskins,
         Plaintiff                                              Adv. Proc. No. 12-03086-DM

Pook Snook Dook Limited Partnership,
         Defendant              CERTIFICATE OF NOTICE
District/off: 0971-3            User: nwhite             Page 1 of 2        Date Rcvd: Aug 28, 2012
                                Form ID: pdfeoapc        Total Noticed: 3
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 30, 2012.
dft          +Carl A. Wescott,    853 Ashbury Street,    San Francisco, CA 94117-4418
dft          +Monette R. Stephens,    853 Ashbury Street,    San Francisco, CA 94117-4418
dft          +Pook Snook Dook Limited Partnership,    853 Ashbury St.,   San Francisco, CA 94117-4418

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                           TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Aug 30, 2012**                        Signature:        _Joseph Speetjens_

```
District/off: 0971-3            User: nwhite              Page 2 of 2           Date Rcvd: Aug 28, 2012
                                Form ID: pdfeoapc         Total Noticed: 3
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 28, 2012 at the address(es) listed below:
        Howard L. Hibbard   on behalf of Defendant  Pook Snook Dook Limited Partnership
         howard@HLHibbardAttorney.com
        Janina M. Hoskins    jmelder7@aol.com, Ca80@ecfcbis.com
        Jean  Barnier   on behalf of Plaintiff Janina Hoskins jbarnier@macbarlaw.com,
         smansour@macbarlaw.com;macclaw@macbarlaw.com;mjewett-brewster@macbarlaw.com;kmuller@macbarlaw.com
                                                                                                  TOTAL: 3

MacCONAGHY & BARNIER, PLC
JOHN H. MacCONAGHY, SBN 83684
JEAN BARNIER, SBN 231683
645 First St. West, Suite D
Sonoma, California 95476
Telephone: (707) 935-3205
Email: Jbarnier@macbarlaw.com

Attorneys for Plaintiff,
JANINA M. HOSKINS, TRUSTEE IN BANKRUPTCY

Signed and Filed: August 27, 2012

_____
**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

# UNITED STATES BANKRUPTCY COURT

## NORTHER DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>CARL ALEXANDER WESCOTT AND MONETTE ROSEMARIE STEPHENS,<br><br>Debtors.<br>_____<br>JANINA M. HOSKINS, Trustee in Bankruptcy of the Estate of CARL ALEXANDER WESCOTT AND MONETTE ROSEMARIE STEPHENS,<br><br>Plaintiff,<br><br>v.<br><br>POOK SNOOK DOOK LIMITED PARTNERSHIP, a purported limited partnership; CARL A. WESCOTT and MONETTE R. STEPHENS, as Trustees of the WESCOTT-STEPHENS FAMILY TRUST aka POOK SNOOK DOOK TRUST; LODMELL & LODMELL, P.C., a Professional corporation,<br><br>Defendants. | Case No.: 12-30143 DM<br><br>(Chapter 7)<br><br>AP No. 12-03086<br><br><br><br>**DEFAULT JUDGMENT AVOIDING FRAUDULENT TRANSFERS** |

Plaintiff Janina M. Hoskins' *Motion for Entry of Default Judgment Authorizing Plaintiff to Avoid Fraudulent Transfers as Against Defendants Pook Snook Dook Limited Partnership, a purported limited partnership, and Carl A. Wescott and Monette R. Stephens, as Trustees of the Wescott-Stephens Family Trust, aka Pook Snook Dook Trust*, came on for hearing on August 24, 2012, before the Hon. Dennis Montali, United States Bankruptcy Judge. MacConaghy & Barnier, PLC, by Jean Barnier, Esq., appeared for the Plaintiff; Howard Hibbard, Esq., appeared for the Defendants Carl A. Wescott and Monette R. Stephens, as Trustees of the Wescott-Stephens Family Trust, *aka* Pook Snook Dook Trust.

On consideration of the oral and written arguments of counsel, Plaintiff is entitled to relief against the Defendants as set forth below; and good cause appearing:

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Debtors' transfers of assets to Defendants' Pook Snook Dook Limited Partnership and/or the Wescott-Stephens Family Trust are avoided as fraudulent transfers.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED, that pursuant to the provisions of Bankruptcy Code Section 550, the Plaintiff Trustee shall recover the transferred property set forth in Exhibits 1 and 2 to the Complaint, and described below:

1. $200,000 Membership Interest in Rain Forest Capital, LLC;
2. Cantamount Ventures, LP Interest;
3. Fidelity CAP IV LP Interest;
4. Fidelity CAP V LP Interest (aka Reliant Group);
5. Fidelity CAP VI LP Interest (aka Reliant Group);
6. Promissory Note Payable in One Installment from Rainforest Capital;

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that Plaintiff is deemed to hold all right, title, claim, or interest in such property; and Defendants and each of them are deemed to no right, title, claim, or interest in such property whatsoever.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that to the extent Defendants are in possession of such property, or documents of title relating to such property,

Defendants are ordered to turn over such property and/or documents of title to Plaintiff.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED, that these transfers are preserved for the benefit of the Estate.

** END OF ORDER**

8039.default.judgment.ap.wpd

3

<u>COURT SERVICE LIST</u>

Carl A. Wescott, as Trustee of the Wescott-Stephens Family Trust *aka* Pook Snook Dook Trust
853 Ashbury Street
San Francisco, CA 94117

Monette R. Stephens, as Trustee of the Wescott-Stephens Family Trust *aka* Pook Snook Dook Trust
853 Ashbury Street
San Francisco, CA 94117

Pook Snook Dook Limited Partnership, a purported limited partnership
853 Ashbury St.
San Francisco, CA 94117